AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tawasky Ventroy | ) | Case No.   3:18-cr-182-HTW-LRA-2 |
| (Wherever Found) | ) | |
| | ) | |
| | ) | **SEALED** |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Tawasky Ventroy

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
* Conspiracy
* Bribery Involving Federal Programs


ARTHUR JOHNSTON, CLERK

Date:   09/20/2018

*N. Dean* (signature)

*Issuing officer's signature*

City and state:   Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jacque Jackson | ) | Case No.  3:18-cr-182-HTW-LRA-4 |
| (Wherever Found) | ) | |
| | ) | **SEALED** |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jacque Jackson                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
* Conspiracy
* Bribery Involving Federal Programs


ARTHUR JOHNSTON, CLERK

Date:  09/20/2018

*Issuing officer's signature*

City and state:   Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Leblanc, Sr. | ) | Case No.   3:18-cr-182-HTW-LRA-1 |
| (Wherever Found) | ) | |
| | ) | **SEALED** |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Leblanc, Sr. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
* Conspiracy
* Bribery Involving Federal Programs

ARTHUR JOHNSTON, CLERK

Date:   09/20/2018

*Issuing officer's signature*

City and state:   Jackson, MS                                    N. Dean, Deputy Clerk
                                                                  *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Michael Leblanc, Jr.<br>(Wherever Found)<br><br>*Defendant* | )<br>)<br>)   Case No.   3:18-cr-182-HTW-LRA-3<br>)<br>)<br>) |

**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Leblanc, Jr.                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
* Conspiracy
* Bribery Involving Federal Programs


ARTHUR JOHNSTON, CLERK

Date:  09/20/2018

*N. Dean*
*Issuing officer's signature*

City and state:   Jackson, MS                              N. Dean, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____                              _____<br>                                                                                                  *Arresting officer's signature*<br><br>                                                                                                  _____<br>                                                                                                  *Printed name and title* |